FILED'07 NOV 29 11:53 USDC-ORP

H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Charles Rogers

        **Plaintiff,**

vs.                                                                 Civil No. 06-cv-01559-HU

Commissioner of Social Security

        **Defendant.**

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$1.17**, costs in the amount of **$3.00**, and attorney's fees in the amount of **$3226.03**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 28 day of Nov. 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**